UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN THOMPSON,<br>    Plaintiff, | : | |
| v. | : | No. 5:20-cv-03550 |
| SECRETARY JOHN WETZEL PA Dept. of Corrections, SUPERINTENDENT TAMMY FERGUS0N, SCI PHOENIX, PA Dept. of Corrections, C. O. 1 WANAMAKER, SCI PHOENIX, COUNSELOR THOMAS, SCI PHOENIX, SERGEANT GILLIAN, SCI PHOENIX, A. KING, PSS SCI PHOENIX, TERESA SNYDER, SCI PHOENIX, and KENNETH GOODMAN, C.E.R.T. SCI PHOENIX,<br>    Defendants | : | |

**O R D E R**

**AND NOW**, this 22nd day of July, 2021, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1.  Plaintiff's Amended Complaint, ECF No. 17, is **DISMISSED, with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

2.  This case is **CLOSED.**

                 BY THE COURT:


                 */s/ Joseph F. Leeson, Jr.*
                 JOSEPH F. LEESON, JR.
                 United States District Judge